**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 28 2022

TAMMY H. DOWNS, CLERK

By: _____
                          DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. ___4:22-cv-1282 KGB-JJV___

Jury Trial: ☐ Yes ☐ No
**(Check One)**

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff:  James Derrel Person
       ADC # 166462

       Address: 735 S. Neely St. Benton, AR 72015

       Name of plaintiff: David Berry
       ADC # _____

       Address: 735. S. Neely St. Benton, AR 72015

       Name of plaintiff: Mark Hunt
       ADC # _____

       Address: 735 S. Neely St. Benton, AR 72015

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Sheriff Rodney Wright

       Position: Sheriff of Saline County Jail in Benton, Arkansas

       Place of employment: Saline County Sheriffs Office

       Address: 735 S. Neely St. Benton, AR 72015

       Name of defendant: Captain Gilliam

       Position: Captain of Saline County Jail Benton, Arkansas

-4- This case assigned to District Judge **Baker**
and to Magistrate Judge **Volpe**

Place of employment: Saline County Jail Benton, Arkansas

Address: 735 S. Neely St. Benton, AR 72015

Name of defendant: Jennifer Hallman

Position: Seargent at Saline County Jail Benton, Arkansas

Place of employment: Saline County Jail Benton, Arkansas

Address: 735 S. Neely St. Benton, AR 72015

Name of defendant: Seargent Parker

Position: Seargent at Saline County Jail Benton, Arkansas

Place of employment: Saline County Jail Benton, Arkansas

Address: 735 S. Neely St. Benton, AR 72015

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

## Additional Defendents

Seargent Griffin
Seargent at Saline County Jail   Benton, Arkansas
Saline County Jail
735 S. Neely St. Benton, AR 72015


Medical Staff @ Saline County Jail
Turnkey Medical + Nursing Staff
Saline County Jail
735 S. Neely St. Benton, AR 72015

    ☐    Court (if federal court, name the district; if state court, name the county):

_____

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV.    Place of present confinement: _Saline County Jail_
_735 S. Neely St. Benton, AR 72015_

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

    __✓__ in jail and still awaiting trial on pending criminal charges

    _____ serving a sentence as a result of a judgment of conviction

    _____ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes _✓_    No ____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

        Yes.

Yes ✓    No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Please see detailed complaint for details and numbered complaints. This primarily is for Clean Air Act violations and violations of the civil rights of the inmates.

(82) Total Violations have been listed.

Detailed Complaint

We would like to address issues associated with the Clean Air Act (C.A.A) found at the Saline County Jail. Saline County Jail being located at 735 S. Neely St. Benton, AR 72015 in the county of Saline. Gross negligence and inattention to serious and dangerous issues has lead us to attempt to both get them attended to and to seek damages as a result of this inattention and gross negligence. We first noticed issues falling into the confines of the C.A.A. on or about September 17, 2022. and continuing to (and past) December 12, 2022. As of that date (Dec 12, 2022) absolutely no attempts have been made to correct any of the complaints/issues listed in this complaint.

We have notified the hierarchy of correction officers and the maintenance personel to no avail. We have filed grievances. Our complaints have all fallen on deaf ears. In addition, our grievances have been ignored, closed and not escalated as they should have been. A lone kiosk in each housing unit is our sole channel for dealing with issues such as this. In addition, to issues falling into the range described in the C.A.A., other basic civil rights are being violated and/or blatantly ignored. In an attempt to be both thorough and inclusive, we will also include some of these to grant a view of the bigger picture and establish a basis for our claim of cruel and unusual punishment being imposed at Saline County Jail. No responses or resolutions have been put forward by the staff as of yet through the grievance process. This brings us to where we are and our search for more humane treatment at the hands of the staff at the Saline County Jail.

We will cite specific statutes and/or codes for the Federal Government and for Arkansas State Government when it is needed and appropriate.

For now, we will explain and point out some of our complaints and observations.

The following list contains issues specific to the C.A.A. :

① - Obvious Black Mold / Mold throughout D-Pod (and most likely all the other housing pods where inmates are housed at the Saline County Jail)

② - According to certified HVAC technicians and other persons with experience in roofing, insulation, building inspections :

③   * Duct work suffers from lack of fresh air and improper fresh air per square meter.

④   * Dampers do not properly filter the air and are covered with mold / black mold and do not get properly cleaned or maintained.

⑤   * Ceiling of housing pods leak constantly from rain and around the skylights and the lights in the ceiling. Clear evidence of this is visable by the naked eye.

⑥   * Inspections have been neglected on the ceiling and roof of the Saline County Jail. Hail damage, storm damage and wind damage has compromised the integrety of the roof allowing for the perfect conditions for dangerous molds and airborne particulates to run rampant.

⑦   * In the age of pandemics such as Covid-19, neglect of these things almost certainly will lead to severe health issues and potentially even death for those particularly prone to immunity based health concerns.

⑧   * No vacuuming of the dust and dirt particles, as well as the dead skin cells from steady inmate traffic, contributes to concerns covered under the C.A.A.

⑨   * Only cleaning of any part of the jail That we have noticed has been by inmates working for free, without training, with inadequate supplies and none existent protection.

⑩   * Lead based paint and grim can be seen on the stairwells in each housing pod.

11. * Showers contain black mold and the drains are so clogged with filth and hair that even an auger tool and dangerous drain cleaners are unable to the issues with standing, mildewed and filthy shower water.

12. * Sprinkler systems are not being maintained or inspected.

13. * Access panels to access filters, dampers and ductwork are sealed and locked without anyone being able to access them because they have been neglected so long.

14. * We aren't sure of what the EPA regulations are for correctional facilities but clearly the are not being met on any significant level.

15. * Covid-19 procedures should provide that all inmates be adequately protected through: masks, cleaning supplies, regular + professional sanitation services (not simply forced slave labor of the inmates) and medical observation or attention for those at high risk or who have a fear of potential exposure.

16. * Ceiling tiles are damaged and compromised from leaking and excessive moisture and contain asbestos/mesothelioma. They are not changed or replaced when they are compromised.

This is a list of additional issues we face as inmates being housed at Saline County Jail. This list is hardly exhaustive but will continue to convince any who care to listen that we do indeed suffer and are abused:

17. * Unsafe living or housing conditions from airborn threats, standing/molded water on floor, in showers and around toilets.

18. * Inadequate heating and cooling of the housing pods. Cold air when it is cold outside and frequently hot air (or heat) when conditions are hot outside. There also is a lack of adequate sheets or blankets. All inmates receive only one blanket with no sheets. No pillow unless purchased at the expense of the inmate and torn or paper thin mats for inmates to sleep on.

19. * Wet towels hang from unsafe railings because we are unable to get clean towels so we must wash our own towels in the sinks. This is dirty and unsanitary, not to

mention the fact that <u>WE DO NOT HAVE ADEQUATE CLEANING SUPPLIES</u> !!!

18. Inadequate design of the jail and housing pods leave inmates without reasonable sleeping arrangements.

19. For more than 2 weeks the lights in the housing units were unable to be shut off while they attempted to correct faulty wiring at the expense of the inmates.

20. Almost constant crowding of all the housing pods and the holding cells leads to people sleeping on the floors and often within 6 inches of the urinals!

21. Unsafe work environments for staff of Saline County Jail.

22. Inhumane treatment of the infirm and chronically ill and lack of housing for such inmates.

23. Total lack of any storage whatsoever for inmates possessions, food, personal records/information, clothing, toiletries etc.

24. Lack of desire by staff to distribute reading material/books that have been donated to the inmates. They are hoarded by the jail administration and put in storage closets despite promises of access to books on carts in each and every single housing pod.

25. Lack of fresh air on every level and a lack of time outside. 3 yard calls in a matter of 3 months. 2 of those being given simply because they wanted to shake down inmates and take away books, pillows etc.

26. Total lack of fall protection on the bunkbed style racks in the pods. Some ladders have been added to some of the bunks for getting up and down but only 15 years after the jail opened.

27. Lack of telephone access in housing pods. 2 telephones for use by between 30-50 inmates. There are often as many as 10-12 people sleeping on the floor in the larger pods.

28. 2 showers, 3 sinks, 4 toilets for the larger pods which is both inadequate and below standards for Federal Holding Facilities.

29. Lack of protection from falling off the top tiers of the pods (the pods are 2-story) from either accidental or deliberate incidents. People have died in this very jail due to poor safety standards.

32) * Lack of detention liasons for inmates to try to negotiate lower bonds or signature bonds (recog. bonds) for people unable to afford them. This holds true for all crimes. Especially those of non-violent and non-sexual natures.

33) * No rehabilitation services available for inmates or what little is available isn't being offered fairly or evenly to all inmates.

34) * Failure to allow inmates to be present at all their own court proceedings with adequate counsel.

35) * Inadequate means to contact family members, lawyers and all others for indigent inmates. No access to collect calls. Only access to 3 texts per month to send invitations to sign up for paid access to inmates and for inmates.

36) * Lack of uninterrupted 8 hours worth of sleep as required by Federal Regulations.

37) * Lack of basic and essential hygeine products such as soap, shampoo, deoderant, tootpaste + toothbrushes.

38) * Inadequate towels or often total lack of one for inmates, not to mention lack of ability to exchange or clean the towels leading to further cleanliness issues.

39) * Lack of any proper bedding for those with medical issues eventhough we have been notified that new bedding (mats) are in the facility and in storage but for some unexplained reason are not available to those of us in need (most of the 250+ inmates in Saline County Jail).

40) * Frequent neglect of adequate dietary requirements because of lack of staff or simple laziness. Often as much as 30-40% of particular meals are simply not provided and this without any satisfactory explanation or compensation made to increase the other portions of the meal to make up for the missing components. Often the missing components are the main parts!

41) * No physical library or law library available. Only a cryptic (hard to use and very complex) system exists and this is usable by the slimmest minority of inmates.

42) * No special attention or care given to those of diminished capacity or handicap.

43) * No care for those who have mental illness/issues/depression/PTSD or stress.

Paper journals are what we are given.

*44* Inadequate legal representation and 0 communication from court appointed attorneys until the day of court. The court appointed attorneys only wish to make plea deals and do not want to represent clients in trial. Even if the accused persons maintain their innocence. Fair + Speedy Trial Practices are not followed and flat out ignored.

*45* Inadequate staff or undertrained staff. Significant portion of the jail supervisors have left their jobs because of the gross negligence of the inmates at the Saline County Jail.

*46* Lack of adequate medical treatments for chronic care inmates simply because they don't want to get medical records or properly investigate inmates needs.

*47* Lack of Sleep Apnea Supplies / Machines for those in need. This is very dangerous.

*48* No phone directory or access to lists for finding attorneys, bondmen, veteran assistance etc.

*49* Improper procedures for handling those on suicide watch or in solitary confinement. Having dangerous inmates / unstable inmates together is in violation of codes of Federal Holding Facilities and is grossly and grievously immoral and despicable.

*50* Bug and Rodent Infestations (Fruit Flies, Bed Bugs, Roaches, Flies, Nats).

*51* Total lack of appropriate waste disposal. No trash cans.

*52* Refusal of staff / admin to provide 1983 Forms for simple fear that Saline County Jail would be sued for damages / short comings.

---

As previously stated, the previous list is incomplete and does not properly represent what we endure at the Saline County Jail. We wish to get adequate facilities, safe facilities, proper staffing, superior health care personell and countless other issues corrected at the Saline County Jail. Our wish is to also receive fair and just compensation for the inhumane treatment we have and do receive. We are not looking to take advantage of the system, merely to correct it to include our basic human rights in their regulations and procedures. If this facility is meant to help the public, then it should be expected to do so to its best ability. Anything

less is a travesty of justice to us. We are innocent until proven guilty. Even those found guilty deserve humane treatment. How we treat our prisoners is a direct reflection of how civilized we are as a society. We have to treat one another better and stand together when those in power or take advantage. We hope that bringing these things to the attention of our society and government will ensure changes get made and compensation for those wronged.

Thank You.

VIII.   Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

We wish to change the way inmates are treated at Saline County Jail and to receive fair and just compensation for the inhumane treatment we have been forced to endure.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 20th day of December, 20 22.

James D. Person

James D. Person

(David Berry)

Signature(s) of plaintiff(s)

(Mark Hunt)

## Additional Names + Potential Defendents

I have included additional names and signatures of other people who have witnessed and experienced the treatment I have listed in my complaint. Please add them to the list of defendents if appropriate. Thank you.

Name : DOUGLAS ARNESEN

Address | Phone Number : 138 KENNEDY ST. BENTON AR 72015    501 324-2434

Signature : Doug O___

---

Name : David Berry

Address | Phone Number : 501 295 1607

Signature : AB

---

Name : AMERKOUS O Robinson

Address | Phone Number : 870-338-3089 OR 870 228-6614    1001 Chaeee Helena Ark 7230

Signature : O Robinson

---

Name : Christopher Wilson

Address | Phone Number : 101 hartland drive pangburn, AR 7201    870-675-7610

Signature : CW

---

Name : ████████████████

Address | Phone Number : ████████████████

Signature : ████████████████

---

Name : Ronald J. Benson Jr.    #(501)410-2366  #(501)529-1129

Address | Phone Number : 5511 Oak Grove Rd. NLR. AR. 72118

Signature : Ronald J. Benson Jr.

---

Name : James D. Person    501-817-5813

Address | Phone Number : 6801 W. Markham St. Little Rock, AR 72205

Signature : James D. Person

Name : Devrel James
Address | Phone Number : 501 860 - 0430
Signature :

Name :
Address | Phone Number :
Signature :

Name :
Address | Phone Number :
Signature :

Name :
Address | Phone Number :
Signature :

Name :
Address | Phone Number :
Signature :

Name :
Address | Phone Number :
Signature :

Name :
Address | Phone Number :
Signature :

Name : LAKELAND T. LONG III                          (606)-4258013
Address | Phone Number : 314 W. WOODLAWN BENTON, AR, 72014
Signature :

Name : Steven Blair
Address | Phone Number : 143 Northridge Malvern
Signature :                                              72104

Name : Henry Asher
Address | Phone Number : 1911 Hurley Rd Benton Ar 72015
Signature :                                 501 315 8089

Name : ORi Guinn
Address | Phone Number : 604 Prickett Rd. APh 14)501-779-40:
Signature :                        Bryant, 72022

Name : Stevie D. Owens JR
Address / Phone Number : 15512 Shirley Dr. Alexander, AR, 72002
Signature : Steven D Owens JR

Name : Bob Hope
Address / Phone Number . 15316 A.C. Wallace St. Alexander Ark
Signature : Bob Hope               501-541-7443

Name    Mark S Hunt
Address | Phone Number : 501 - 618 - 1525
Signature :

Name:
Address | Phone Number:
Signature:

Name:
Address | Phone Number:
Signature:

Name:
Address| Phone Number:
Signature:

Name:
Address | Phone Number:
Signature:

Name:
Address | Phone Number:
Signature:

Name:
Address | Phone Number:
Signature:

Name:
Address | Phone Number:
Signature:

Name: Edwin Lara
Address | Phone Number: 275 Flintstone Dr. Bryant, AR 72022
Signature: Edwin Lara

Name: Donald Huffman
Address | Phone Number: 9 Arcadia Cir. ~~Mahelvale~~ Bryant, AR 72022  501-303-7014
Signature: Donald Huffman

Name: Frederick Shsrl
Address | Phone Number: 22 16 west main st treskwood, AR 72167
Signature: ____

Name:
Address | Phone Number:
Signature: ____

Name:
Address | Phone Number:
Signature: ____

Name:
Address | Phone Number:
Signature: ____

Name:
Address | Phone Number:
Signature: ____

Name :
Address / Phone Number :
Signature : _____

Name :
Address / Phone Number :
Signature : _____

Name :
Address / Phone Number :
Signature : _____

Name :
Address / Phone Number :
Signature : _____

Name :
Address / Phone Number :
Signature : _____

Name :
Address / Phone Number :
Signature : _____

Name :
Address / Phone Number :
Signature : _____

James D. Person
SCSO D-Pod
735 S, Neely St.
Benton, AR 72015

FIRST-CLASS

United States Courthouse
Attn: Court Clerk Tammy H. Dow
600 West Capitol Avenue
Suite A149
Little Rock, AR 72201