IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES DERREL PERSON
#166462                                                                                                      PLAINTIFF

v.                                      4:22-cv-01282-KGB-JJV

RODNEY WRIGHT,
Sheriff, Saline County Jail; *et al.*                                                       DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Kristine G. Baker. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.      DISCUSSION**

James Derrel Person ("Plaintiff") filed this *pro se* action seeking relief under 42 U.S.C. § 1983 while he was in the Saline County Detention Facility. (Doc. 2). In January 2023, I granted him permission to proceed *in forma pauperis*, advised him of his obligation under Local Rule 5.5(c)(2) to maintain a valid address with the Clerk, and cautioned him this case could be dismissed if he failed to properly do so. (Doc. 3.) Plaintiff subsequently changed his mailing address to the Cummins Unit of the Arkansas Division of Correction. (Doc. 61.)

In September 2024, a discovery Order the Clerk mailed to Plaintiff at the Cummins Unit

was returned undelivered because he was paroled. (Docs. 63, 64.) Accordingly, on September 12, 2024, I ordered Plaintiff to provide an updated address and file a new IFP Application. (Doc. 65.) And I warned Plaintiff I would recommend dismissal if he failed to do so within thirty days. (*Id.*)

The time to comply with my Order has passed, and Plaintiff has not done so. Because the Clerk does not have a valid service address for Plaintiff, it would be futile to grant him an extension of time to comply with my September 12, 2024 Order or the September 3, 2024 discovery Order. (Docs. 63 to 66.) For these reasons, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Amended Complaint (Doc. 4) be DISMISSED without prejudice due to a lack of prosecution, and the case be CLOSED.

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 21st day of October 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE