IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES DERREL PERSON**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #166462

v.　　　　　　　　　　Case No: 4:22-cv-01282 KGB

**RODNEY WRIGHT, Sheriff,**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**
Saline County Jail

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge Joe J. Volpe (Dkt. No. 67). Plaintiff James Derrel Person has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id*.). The Court dismisses without prejudice Mr. Person's amended complaint for failure to prosecute (Dkt. No. 4). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgement would not be taken in good faith.

So ordered this 6th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Kristine G. Baker_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge